**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAMON M. IMABLE-MAYORGA and FLOR MARIA NARANJO, his wife, per quod, | : : : **ORDER** |
| Plaintiffs, | : : Civ. No. 09-3567 (WHW) |
| v. | : : |
| STEPHEN G. LABRIE, SAINDON TOWING & TRANSPORT LLC, DARIEL J. JAMIESON, SARAH A. MICHAELS, RICHARD S. CONTI, VAULT, RUPERT C. MCCLEOD, EFFICIENCY ENTERPRISES INC., and JOHN DOES 1- 100 (Names being fictitious), | : : : : : : : |
| Defendants. | : : |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is on this 17th day of August, 2010:

ORDERED that The Hartford Insurance Company's Motion to Intervene is DENIED.

**s/ William H. Walls**
United States Senior District Judge
